■ Lee T. Hendryx et al., Respondents, v Richard M. Payne et al., Appellants, et al., Defendant. Richard M. Payne et al., Third-Party Plaintiffs-Respondents, v Mark Nolan, Third-Party Defendant-Appellant. [964 NYS2d 56]—Motions for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Lindley and Martoche, JJ.

■ Frank Ferguson et al., Appellants, v Hanson Aggregates New York, Inc., Respondent. [964 NYS2d 56]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Fahey, Carni and Martoche, JJ.

■ The People of the State of New York, Respondent, v Ennis E. Ruffin, Appellant. [964 NYS2d 56]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ In the Matter of the Estate of Gloria H. Lambert, Deceased. Wayne C. Lambert, Respondent; John R. Lambert, Appellant. [964 NYS2d 56]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ Bernice Malcolm, Appellant, v Honeoye Falls-Lima Central School District et al., Respondents. [964 NYS2d 55]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Carni, Sconiers and Valentino, JJ.

■ The People of the State of New York, Respondent, v Richard J. Galasso, Appellant. [963 NYS2d 919]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Thomas P. Franczyk, J.—Violation of Probation). Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.

■ The People of the State of New York, Respondent, v Richard J. Galasso, Appellant. [963 NYS2d 919]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Thomas P. Franczyk, J.—Violation of Probation). Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.

■ The People of the State of New York, Respondent, v Daniel L. Goodell, Also Known as Daniel Goodell, Appellant. [963 NYS2d 920]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Craw-